UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

COMPUTERIZED THERMAL IMAGING, INC.
a Nevada Corporation,

    Plaintiff,

vs.

SELECT CAPITAL ADVISORS, INC.,
a Florida corporation, RONALD G.
WILLIAMS, TRACIE WILLIAMS, LYLE
MOTERSON, BARRY GLOBERMAN,
MANNY LOPEZ, WALTER KOLKER, ARI
GOLDSTEIN, SHELDON TAIGER, Y.L.
HIRSCH, LOCKWOOD RESOURCE, LTD.,

    Defendants,
_____/

CIVIL ACTION
CASE NO.: 97-3960 CIV-NESBITT



### ORDER OF DISMISSAL

**THIS CAUSE** having come on before the Court upon the Motion of Plaintiff for Dismissal pursuant to Rule 41(a)(2) and good grounds having been shown; it is

**ORDERED AND ADJUDGED** that:

This Case be and the same is hereby Dismissed.

The Clerk shall note this as a closed case.

**DONE** and **ORDERED** in chambers, at Miami, Florida, this __11__ day of January, 1999.

                                                        U.S. DISTRICT COURT JUDGE

cc: Mitchell W. Mandler, Esq.
     L.A. Newlan, Esq.
     Barry B. Globerman, Esq.
     Thomas R. Spencer, Jr., Esq.

#47



```
CASE:      9:97-cv-08690
DOCUMENT:  26
DATE:      01/13/99

CLERK:     hr
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CYNTHIA REHMAN,

    Plaintiff,

vs.

HOSPICE OF PALM BEACH
COUNTY, INC., a Florida corporation,

    Defendant.
_____/

Case No. 97-8690-CIV-NESBITT
Magistrate Judge Garber

FILED by _____ D.C.
JAN 11 1999
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### AGREED ORDER ON THIRD JOINT MOTION FOR EXTENSION OF TIME TO FILE NOTICE AND STIPULATION OF SETTLEMENT

**THIS MATTER** having come before the Court upon Plaintiff and Defendant's Third Joint Motion for Extension of Time to File Notice and Stipulation of Settlement (the "Motion"), the Court having reviewed the record and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

1.     The Motion is hereby GRANTED.

2.     The parties shall have through to and including (i) December 22, 1998 within which they are required to file a Notice of Settlement in the instant action, and (ii) December 23, 1998 within which they are required to file a Stipulation of Settlement in the instant matter.

**DONE AND ORDERED** this ____ day of December, 1998 in Chambers, Miami, Florida.

                                              _____
                                              THE HONORABLE LENORE C. NESBITT
                                              UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
Virginia Herrero, Esq.
M. Kate Boehringer, Esquire